# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0630.  RICKY MELVIN ALLEN, SR. v. THE STATE.**

In 2015, Ricky Allen pleaded guilty to aggravated assault and other crimes. In 2017, he filed a "Motion to Vacate a Void Judgment," arguing that the prosecutor committed misconduct, his counsel provided ineffective assistance, and his plea was involuntary because he was under the influence of medication.  Allen requested that the court appoint him counsel, provide him with various documents, and schedule an immediate hearing to discuss his release.[1]  The trial court denied the motion, and Allen appeals.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). The Supreme Court has explained that such a motion "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Thus, any appeal from an order denying or dismissing such a motion must be dismissed.  Id.; *Harper*, 286 Ga. at 218 (2).  An appeal may lie from an order denying or dismissing a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal. See *Harper*, supra at 217 (1), n. 1.  Allen, however, has not done so.

"Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds

---

[1] Allen did not ask to withdraw his guilty plea.

the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013). When a sentence is within the statutory range of punishment, it is not void. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). Allen does not contend that his sentence exceeded the statutory range of punishment; instead, he challenges the validity of his convictions. Because Allen has not raised a colorable void-sentence claim, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   11/15/2017        *
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*